AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; and BLDS, LTD d/b/a BLDS, LLC <br> *Plaintiff(s)* <br> v. <br> BEN CARSON, Secretary of the U.S. Department of Housing and Urban Development (HUD), in his official capacity; and U.S. HUD <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-07388-JCS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  David L. Anderson
U.S. Attorney, Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glenn Schlactus
Relman Colfax PLLC
1225 19th Street NW
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:  10/26/2020                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-07388-JSW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney

was received by me on *(date)* 10/27/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On October 28, 2020, I sent the summons, complaint, judge's orders, ECF registration information, notice of assignment to magistrate, and judge's standing orders by certified mail, tracking number 70191120000186818229. As shown on the attached USPS tracker, the package was delivered on November 2, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/05/2020

/s/ Glenn Schlactus
*Server's signature*

Glenn Schlactus
*Printed name and title*

Glenn Schlactus
Relman Colfax PLLC
1225 19th Street NW
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:** 70191120000186818229

**Status**

 **Delivered**

Your item was delivered to an individual at the address at 1:00 pm on November 2, 2020 in SAN FRANCISCO, CA 94102.

November 2, 2020 at 1:00 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102

**Get Updates** ⌄

Delivered