JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division

VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; AND BLDS, LTD D/B/A BLDS, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>BEN CARSON, SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, IN HIS OFFICIAL CAPACITY; AND U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 3:20-cv-07388-JSW<br><br>**DECLARATION OF VINITA B. ANDRAPALLIYAL** |

I, Vinita B. Andrapalliyal, declare as follows:

1. Counsel for Defendants request an enlargement of time for the following reasons:

DECLARATION OF VINITA B. ANDRAPALLIYAL, CASE NO. 20-CV-7388-JSW

a. Because of the upcoming holidays, counsel for Defendants and various individuals at the Department of Justice and the Department of Housing & Urban Development will not be available for consultation regarding Defendants' answer or motion to dismiss.

b. Counsel for Defendants have court deadlines and obligations in multiple other matters. Among these obligations are negotiating a fee petition and filing an opposition to a summary-judgment motion.

2. Plaintiffs will not be prejudiced by the extension because the effective date of the rule they challenge, *HUD's Implementation of the Fair Housing Act's Disparate Treatment Standard*, 85 Fed. Reg. 60288 (Sept. 24, 2020), has been stayed by another district court. *Massachusetts Fair Hous. Ctr. v. United States Dep't of Hous. & Urban Dev.*, No. CV 20-11765-MGM, 2020 WL 6390143, at *1 (D. Mass. Oct. 25, 2020).

3. The parties have not previously requested an enlargement of time.

4. This enlargement of time would affect all of the deadlines set forth in the Court's November 2, 2020 order, including the initial case management conference. *See* ECF No. 38.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on December 18, 2020.

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

DECLARATION OF VINITA B. ANDRAPALLIYAL, CASE NO. 20-CV-7388-JSW