JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division

VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

AJMEL QUERESHI, *pro hac vice*
COTY MONTAG Bar No. 255703
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.

ALLISON M. ZIEVE, *pro hac vice*
PUBLIC CITIZEN LITIGATION GROUP

*Attorneys for all Plaintiffs*

MORGAN WILLIAMS, *pro hac vice*
NATIONAL FAIR HOUSING
ALLIANCE

*Attorney for Plaintiff NFHA*

JOHN P. RELMAN, *pro hac vice*
REED COLFAX, *pro hac vice*
GLENN SCHLACTUS Bar No. 208414
STEPHEN HAYES, *pro hac vice*
SASHA SAMBERG-CHAMPION, *pro hac vice*
SARA PRATT, *pro hac vice*
ZACHARY BEST, *pro hac vice*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
ssamberg-champion@relmanlaw.com

*Attorneys for all Plaintiffs*

JULIA HOWARD-GIBBON Bar No. 321789
FAIR HOUSING ADVOCATES OF
NORTHERN CALIFORNIA

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> BEN CARSON, *et al.*, <br>    Defendants. | Case No. 3:20-cv-07388-JSW <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** AS MODIFIED |

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 3:20-CV-07388-JSW

Subject to the Court's approval and pursuant to Local Rule 6-2, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Defendants' answer or motion to dismiss is due on January 4, 2021. *See* ECF No. 39.
2. The parties' joint case management statement is due by January 15, 2021. Order, ECF No. 38.
3. The initial case management conference is scheduled for January 22, 2021 at 11:00 a.m. PST. *Id.*
4. For the reasons set forth in the Declaration of Vinita B. Andrapalliyal, the parties request that Defendants file their answer or motion to dismiss by January 15, 2021.
5. Because, under the proposed enlarged schedule, the parties' joint case management statement would be on the same day that Defendants file their initial responsive pleading, the parties also request that the Court issue an amended scheduling order rescheduling the initial Case Management Conference (and accompanying deadlines) to a date to be determined by the Court in accordance with the briefing schedule proposed in this stipulation.

Date: December 18, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

/s/ *Sasha Samberg-Champion*
JOHN P. RELMAN, *pro hac vice*
REED COLFAX, *pro hac vice*

|   |   |
|---|---|
| 1 | GLENN SCHLACTUS Bar No. 208414 |
| 2 | STEPHEN HAYES, *pro hac vice* |
|   | SASHA SAMBERG-CHAMPION, *pro hac vice* |
| 3 | SARA PRATT, *pro hac vice* |
|   | ZACHARY BEST, *pro hac vice* |
| 4 | RELMAN COLFAX PLLC |
|   | 1225 19th St. NW, Suite 600 |
| 5 | Washington, D.C. 20036 |
|   | Telephone: (202) 728-1888 |
| 6 | Fax: (202) 728-0848 |
| 7 | jrelman@relmanlaw.com |
|   | rcolfax@relmanlaw.com |
| 8 | gschlactus@relmanlaw.com |
|   | shayes@relmanlaw.com |
| 9 | ssamberg-champion@relmanlaw.com |
|   | spratt@relmanlaw.com |
| 10 | zbest@relmanlaw.com |

*Attorneys for all Plaintiffs*

AJMEL QUERESHI, *pro hac vice*
COTY MONTAG Bar No. 255703
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St. NW, Suite 600
Washington, DC 20005
(202) 682-1300
aquereshi@naacpldf.org
cmontag@naacpldf.org

*Attorneys for all Plaintiffs*

ALLISON M. ZIEVE, *pro hac vice*
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000

*Attorney for all Plaintiffs*

MORGAN WILLIAMS, *pro hac vice*
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Ave., NW, Suite 610
Washington, D.C. 20004
Telephone: (202) 898-1661
mwilliams@nationalfairhousing.org

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 3:20-CV-07388-JSW

1

2

*Attorney for Plaintiff National Fair Housing Alliance*

3

JULIA HOWARD-GIBBON Bar No. 321789
FAIR HOUSING ADVOCATES OF
NORTHERN CALIFORNIA
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
(415) 483-7516
julia@fairhousingnorcal.org

4

5

6

7

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

8

9

10

**[PROPOSED] ORDER**

11

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants' answer or motion to dismiss is due January 15, 2021. The initial Case Management Conference will be held on _____. March 26, 2021 at 11:00 a.m.  The parties shall submit a joint case management statement by no later than March 19, 2021.

12

13

14

Dated:  December 18, 2020                    _____
                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28