JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; AND BLDS, LTD D/B/A BLDS, LLC;<br><br>　　　Plaintiffs,<br><br>　v.<br><br>BEN CARSON, SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, IN HIS OFFICIAL CAPACITY; AND<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　　Defendants. | Case No. 3:20-cv-07388-JSW<br><br>**DECLARATION OF VINITA B. ANDRAPALLIYAL** |

I, Vinita B. Andrapalliyal, declare as follows:

1. Counsel for Defendants request an enlargement of time for the following reasons:

---

DECLARATION OF VINITA B. ANDRAPALLIYAL, CASE NO. 20-CV-7388-JSW

a. The rule that Plaintiffs challenge, *HUD's Implementation of the Fair Housing Act's Disparate Treatment Standard*, 85 Fed. Reg. 60288 (Sept. 24, 2020), has been stayed by another district court. *Massachusetts Fair Hous. Ctr. v. United States Dep't of Hous. & Urban Dev.*, No. CV 20-11765-MGM, 2020 WL 6390143, at *1 (D. Mass. Oct. 25, 2020). On December 23, 2020, the Government filed a notice of appeal of that decision.

2. Plaintiffs will not be prejudiced by the extension because the challenged rule remains stayed and the Government has not moved to lift that stay.

3. The parties have once previously requested an enlargement of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on January 12, 2021.

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

DECLARATION OF VINITA B. ANDRAPALLIYAL, CASE NO. 20-CV-7388-JSW