| | |
|---|---|
| JOHN P. RELMAN* | ALLISON M. ZIEVE* |
| REED COLFAX* | PUBLIC CITIZEN LITIGATION GROUP |
| GLENN SCHLACTUS Bar No. 208414 | 1600 20th St. NW |
| STEPHEN HAYES* | Washington, DC 20009 |
| SARA PRATT* | (202) 588-1000 |
| ZACHARY BEST* | |
| RELMAN COLFAX PLLC | *Attorney for all Plaintiffs* |
| 1225 19th St. NW, Suite 600 | |
| Washington, D.C. 20036 | MORGAN WILLIAMS* |
| Telephone: (202) 728-1888 | NATIONAL FAIR HOUSING ALLIANCE |
| Fax: (202) 728-0848 | 1331 Pennsylvania Ave., NW, Suite 610 |
| jrelman@relmanlaw.com | Washington, D.C. 20004 |
| rcolfax@relmanlaw.com | Telephone: (202) 898-1661 |
| gschlactus@relmanlaw.com | mwilliams@nationalfairhousing.org |
| shayes@relmanlaw.com | |
| spratt@relmanlaw.com | *Attorney for Plaintiff NFHA* |
| zbest@relmanlaw.com | |

*Attorneys for all Plaintiffs*

| | |
|---|---|
| AJMEL QUERESHI* | JULIA HOWARD-GIBBON Bar No. 321789 |
| COTY MONTAG Bar No. 255703 | FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | 1314 Lincoln Ave., Suite A |
| 700 14th St. NW, Suite 600 | San Rafael, CA 94901 |
| Washington, DC 20005 | (415) 483-7516 |
| (202) 682-1300 | julia@fairhousingnorcal.org |
| aquereshi@naacpldf.org | |
| cmontag@naacpldf.org | *Attorney for Plaintiff Fair Housing Advocates of Northern California* |

*Attorneys for all Plaintiffs*

\* *Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL FAIR HOUSING ALLIANCE;** | ) |
| | ) |
| **FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA;** and | ) |
| | ) Case No. 4:20-cv-07388-JSW |
| | ) |
| **BLDS, LTD d/b/a BLDS, LLC;** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |

| | |
|---|---|
| MATT AMMON, Acting Secretary of the U.S. Department of Housing and Urban Development, in his official capacity; and | ) ) ) ) ) |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; | ) ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR A 60-DAY STAY OF CASE DEADLINES**

Plaintiffs National Fair Housing Alliance, Fair Housing Advocates of Northern California and BLDS, Ltd. oppose the motion of Defendants United States Department of Housing and Urban Development ("HUD") and Matt Ammon, in his official capacity as Acting Secretary of HUD, for a 60-day stay of this action. *See* Dkt. No. 50 (Feb. 11, 2021) ("Defs.' Mot."). Plaintiffs agree that a stay is appropriate, but respectfully submit that a 30-day stay would be more suitable for the reasons set forth below.

As Defendants state, there have been two important developments since Plaintiffs filed this lawsuit, which challenges HUD's adoption of a final rule dramatically altering how disparate impact claims are adjudicated under the Fair Housing Act, 42 U.S.C. § 3601 *et seq.* First, a preliminary injunction was entered staying the effective date of the rule in another case. *See* Mem. & Order, *Massachusetts Fair Housing Center v. HUD*, No. 3:20-cv-11765-MGM (Oct. 25, 2020). Defendants state that they do not seek to lift that stay. *See* Defs.' Mot. at 2. Second, President Biden issued a memorandum directing HUD to examine the rule at issue. *See id.* at 2-3. Defendants state that they are "considering [HUD]'s path forward in implementing the Presidential directive." *Id.* at 3.

Plaintiffs agree that litigating this dispute would be inefficient at this time due to these developments, warranting a stay. But as HUD considers its "path forward," the length of that stay is important. HUD has announced no timetable for its examination of the rule or making any decision about whether to withdraw or revise it in any respect. A sixty-day stay absent a timetable, with the

- 2 -

prospect of subsequent requests to extend the stay in additional sixty-day increments, would leave Plaintiffs to face a lengthy period of uncertainty about a rule that affects them significantly.

A shorter thirty-day stay will make it more likely that this case moves forward – one way or another – as expeditiously as possible. It will allow Defendants adequate time to chart HUD's "path forward" and assure that Plaintiffs and the Court are informed of that path without unnecessary delay. If within thirty days HUD provides a timetable or otherwise demonstrates substantial progress in implementing the Presidential Memorandum, Plaintiffs will be open to considering an extension of the stay. In this way, sooner rather than later, the Court will have the information it needs to best manage this litigation.

Plaintiffs therefore propose a thirty-day stay, with the parties to file a joint status report before the end of that period.

Dated: February 16, 2021

Respectfully Submitted,

/s/ Glenn Schlactus
JOHN P. RELMAN*
REED COLFAX*
GLENN SCHLACTUS Bar No. 208414
STEPHEN HAYES*
SARA PRATT*
ZACHARY BEST*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
jrelman@relmanlaw.com
rcolfax@relmanlaw.com
gschlactus@relmanlaw.com
shayes@relmanlaw.com
spratt@relmanlaw.com
zbest@relmanlaw.com

*Attorneys for all Plaintiffs*

AJMEL QUERESHI*

- 3 -

COTY MONTAG Bar No. 255703
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th St. NW, Suite 600
Washington, DC 20005
(202) 682-1300
aqureshi@naacpldf.org
cmontag@naacpldf.org

*Attorneys for all Plaintiffs*

ALLISON M. ZIEVE*
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000

*Attorney for all Plaintiffs*

MORGAN WILLIAMS*
NATIONAL FAIR HOUSING
ALLIANCE
1331 Pennsylvania Ave., NW, Suite 610
Washington, D.C. 20004
Telephone: (202) 898-1661
mwilliams@nationalfairhousing.org

*Attorney for Plaintiff National Fair Housing Alliance*

JULIA HOWARD-GIBBON Bar No. 321789
FAIR HOUSING ADVOCATES OF
NORTHERN CALIFORNIA
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
(415) 483-7516
julia@fairhousingnorcal.org

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

* Admitted Pro Hac Vice

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2021, a true and correct copy of the foregoing Plaintiffs' Opposition to Defendants' Motion For a 60-Day Stay of Case Deadlines was filed through this Court's CM/ECF system, which will send notification of such filing on all counsel of record.

/s/ Glenn Schlactus
Glenn Schlactus
*Attorney for all Plaintiffs*