1  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General
2
3  LESLEY FARBY
   Assistant Branch Director
   Civil Division
4
5  VINITA B. ANDRAPALLIYAL
   Trial Attorney
   United States Department of Justice
6  Civil Division, Federal Programs Branch
   P.O. Box 868
7  Washington, DC 20530
   Tel: (202) 305-0845
8  Fax: (202) 616-8470
   E-mail: Vinita.b.andrapalliyal@usdoj.gov
9
   *Attorneys for Defendants*
10

11               **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; AND BLDS, LTD D/B/A BLDS, LLC;<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>MATT AMMON, ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, IN HIS OFFICIAL CAPACITY; AND<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　　Defendants. | Case No. 3:20-cv-07388-JSW<br><br>**[PROPOSED] ORDER GRANTING STAY AND REQUIRING STATUS REPORT** |

---

Proposed Order, *NFHA, et al. v. Ammon, et al.*, No. 20-cv-7388

Upon consideration of Defendants' motion for a 60-day stay of proceedings and any responses and replies thereto, the Court ORDERS that the motion is granted and all proceedings in the above-captioned action are stayed for 60 days. ~~The parties shall file a joint status report within 60 days.~~ The parties shall file a joint status report before the expiration of the stay by no later than April 23, 2021.

Dated: March 1, 2021

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE