| | |
|---|---|
| BRIAN D. NETTER<br>Acting Assistant Attorney General | JOHN P. RELMAN, *pro hac vice*<br>REED COLFAX, *pro hac vice*<br>GLENN SCHLACTUS Bar No. 208414 |
| LESLEY FARBY<br>Assistant Branch Director | STEPHEN HAYES, *pro hac vice*<br>SARA PRATT, *pro hac vice*<br>ZACHARY BEST, *pro hac vice* |
| VINITA B. ANDRAPALLIYAL<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 868<br>Washington, DC 20530<br>Tel: (202) 305-0845<br>Fax: (202) 616-8470<br>E-mail: Vinita.b.andrapalliyal@usdoj.gov | RELMAN COLFAX PLLC<br>1225 19th St. NW, Suite 600<br>Washington, D.C. 20036<br>Telephone: (202) 728-1888<br>Fax: (202) 728-0848<br>ssamberg-champion@relmanlaw.com |
| *Attorneys for Defendants* | *Attorneys for all Plaintiffs* |
| AJMEL QUERESHI, *pro hac vice*<br>COTY MONTAG Bar No. 255703<br>NAACP LEGAL DEFENSE &<br>EDUCATIONAL FUND, INC. | JULIA HOWARD-GIBBON Bar No. 321789<br>FAIR HOUSING ADVOCATES OF<br>NORTHERN CALIFORNIA |
| ALLISON M. ZIEVE, *pro hac vice*<br>PUBLIC CITIZEN LITIGATION GROUP | *Attorney for Plaintiff Fair Housing Advocates of Northern California* |
| *Attorneys for all Plaintiffs* | |
| MORGAN WILLIAMS, *pro hac vice*<br>NATIONAL FAIR HOUSING<br>ALLIANCE | |
| *Attorney for Plaintiff NFHA* | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>MARCIA FUDGE, *et al.*,<br>        Defendants. | Case No. 3:20-cv-07388-JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** |

Subject to the Court's approval and pursuant to Local Rule 6-2, the parties through their undersigned

counsel of record HEREBY STIPULATE as follows:

1. The parties' joint status report is due on January 5, 2022. Order, ECF No. 71.
2. For the reasons set forth in the Declaration of Vinita B. Andrapalliyal, the parties request that they file their status report by January 7, 2022.
3. This is the parties' first stipulated request to enlarge the time for the parties to file a joint status report.

Date: January 5, 2022                                        Respectfully submitted,

                                                             BRIAN D. NETTER
                                                             Deputy Assistant Attorney General

                                                             LESLEY FARBY
                                                             Assistant Branch Director

                                                             /s/ *Vinita B. Andrapalliyal*
                                                             VINITA B. ANDRAPALLIYAL
                                                             Trial Attorney
                                                             United States Department of Justice
                                                             Civil Division, Federal Programs Branch
                                                             P.O. Box 868
                                                             Washington, DC 20530
                                                             Tel: (202) 305-0845
                                                             Fax: (202) 616-8470
                                                             E-mail: Vinita.b.andrapalliyal@usdoj.gov

                                                             *Attorneys for Defendants*

                                                             /s/ *Glenn Schlactus*
                                                             JOHN P. RELMAN, *pro hac vice*
                                                             REED COLFAX, *pro hac vice*
                                                             GLENN SCHLACTUS Bar No. 208414
                                                             STEPHEN HAYES, *pro hac vice*
                                                             SARA PRATT, *pro hac vice*
                                                             ZACHARY BEST, *pro hac vice*
                                                             RELMAN COLFAX PLLC
                                                             1225 19th St. NW, Suite 600
                                                             Washington, D.C. 20036
                                                             Telephone: (202) 728-1888
                                                             Fax: (202) 728-0848
                                                             jrelman@relmanlaw.com
                                                             rcolfax@relmanlaw.com
                                                             gschlactus@relmanlaw.com
                                                             shayes@relmanlaw.com
                                                             ssamberg-champion@relmanlaw.com
                                                             spratt@relmanlaw.com

zbest@relmanlaw.com

*Attorneys for all Plaintiffs*

AJMEL QUERESHI, *pro hac vice*
COTY MONTAG Bar No. 255703
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St. NW, Suite 600
Washington, DC 20005
(202) 682-1300
aquereshi@naacpldf.org
cmontag@naacpldf.org

*Attorneys for all Plaintiffs*

ALLISON M. ZIEVE, *pro hac vice*
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000

*Attorney for all Plaintiffs*

MORGAN WILLIAMS, *pro hac vice*
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Ave., NW, Suite 610
Washington, D.C. 20004
Telephone: (202) 898-1661
mwilliams@nationalfairhousing.org

*Attorney for Plaintiff National Fair Housing Alliance*

JULIA HOWARD-GIBBON Bar No. 321789
FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
(415) 483-7516
julia@fairhousingnorcal.org

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' deadline to file a joint status report is extended to January 7, 2022.

Dated: _____      _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE