BRIAN D. NETTER
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA; AND BLDS, LTD D/B/A BLDS, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>BEN CARSON, SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, IN HIS OFFICIAL CAPACITY; AND<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 3:20-cv-07388-JSW<br><br>**DECLARATION OF VINITA B. ANDRAPALLIYAL** |

I, Vinita B. Andrapalliyal, declare as follows:

1. The parties request an enlargement of time for the following reasons:

DECLARATION OF VINITA B. ANDRAPALLIYAL, CASE NO. 20-CV-7388-JSW

      a. Due to press of other business, counsel for Defendants was unable to circulate a draft report to counsel for Plaintiffs with sufficient time for Plaintiffs to review and for the report to be finalized. In addition, counsel for the Department of Housing and Urban Development had a personal emergency that contributed to Defendants' inability to timely circulate and finalize the report by the close of business.

2. This litigation will not be impacted by the request because this Court has stayed the litigation until January 11, 2022.

3. The parties have not previously requested an enlargement of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on January 5, 2022.

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

DECLARATION OF VINITA B. ANDRAPALLIYAL, CASE NO. 20-CV-7388-JSW