BRIAN D. NETTER
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

AJMEL QUERESHI, *pro hac vice*
COTY MONTAG Bar No. 255703
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.

ALLISON M. ZIEVE, *pro hac vice*
PUBLIC CITIZEN LITIGATION GROUP

*Attorneys for all Plaintiffs*

MORGAN WILLIAMS, *pro hac vice*
NATIONAL FAIR HOUSING
ALLIANCE

*Attorney for Plaintiff NFHA*

JOHN P. RELMAN, *pro hac vice*
REED COLFAX, *pro hac vice*
GLENN SCHLACTUS Bar No. 208414
STEPHEN HAYES, *pro hac vice*
SARA PRATT, *pro hac vice*
ZACHARY BEST, *pro hac vice*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
ssamberg-champion@relmanlaw.com

*Attorneys for all Plaintiffs*

JULIA HOWARD-GIBBON Bar No. 321789
FAIR HOUSING ADVOCATES OF
NORTHERN CALIFORNIA

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>MARCIA FUDGE, *et al.*,<br>　　Defendants. | Case No. 3:20-cv-07388-JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME;** ~~[PROPOSED]~~ **ORDER AND ADMONISHMENT TO PARTIES** |

Subject to the Court's approval and pursuant to Local Rule 6-2, the parties through their undersigned

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 3:20-CV-07388-JSW

counsel of record HEREBY STIPULATE as follows:

1. The parties' joint status report is due on January 5, 2022. Order, ECF No. 71.
2. For the reasons set forth in the Declaration of Vinita B. Andrapalliyal, the parties request that they file their status report by January 7, 2022.
3. This is the parties' first stipulated request to enlarge the time for the parties to file a joint status report.

Date: January 5, 2022

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Tel: (202) 305-0845
Fax: (202) 616-8470
E-mail: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

/s/ *Glenn Schlactus*
JOHN P. RELMAN, *pro hac vice*
REED COLFAX, *pro hac vice*
GLENN SCHLACTUS Bar No. 208414
STEPHEN HAYES, *pro hac vice*
SARA PRATT, *pro hac vice*
ZACHARY BEST, *pro hac vice*
RELMAN COLFAX PLLC
1225 19th St. NW, Suite 600
Washington, D.C. 20036
Telephone: (202) 728-1888
Fax: (202) 728-0848
jrelman@relmanlaw.com
rcolfax@relmanlaw.com
gschlactus@relmanlaw.com
shayes@relmanlaw.com
ssamberg-champion@relmanlaw.com
spratt@relmanlaw.com

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 3:20-CV-07388-JSW

zbest@relmanlaw.com

*Attorneys for all Plaintiffs*

AJMEL QUERESHI, *pro hac vice*
COTY MONTAG Bar No. 255703
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St. NW, Suite 600
Washington, DC 20005
(202) 682-1300
aquereshi@naacpldf.org
cmontag@naacpldf.org

*Attorneys for all Plaintiffs*

ALLISON M. ZIEVE, *pro hac vice*
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000

*Attorney for all Plaintiffs*

MORGAN WILLIAMS, *pro hac vice*
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Ave., NW, Suite 610
Washington, D.C. 20004
Telephone: (202) 898-1661
mwilliams@nationalfairhousing.org

*Attorney for Plaintiff National Fair Housing Alliance*

JULIA HOWARD-GIBBON Bar No. 321789
FAIR HOUSING ADVOCATES OF NORTHERN CALIFORNIA
1314 Lincoln Ave., Suite A
San Rafael, CA 94901
(415) 483-7516
julia@fairhousingnorcal.org

*Attorney for Plaintiff Fair Housing Advocates of Northern California*

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' deadline to file a joint status report is extended to January 7, 2022.

Dated: January 6, 2022

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The Court ADMONISHES the parties that future requests for extensions of deadlines must be brought in advance of the deadline.

STIPULATION & ~~PROPOSED~~ ORDER  CASE NO. 3:20-CV-07388-JSW